IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BRIGHT RESPONSE, LLC, | ) |
| Plaintiff, | ) ) ) ) Civil Action No. 2:14-cv-69 |
| v. | ) ) |
| VERINT SYSTEMS INC., | ) ) |
| Defendant. | ) ) |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

The plaintiff Bright Response, LLC and defendant Verint Systems Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled **"SETTLEMENT AND LICENSE AGREEMENT"** and dated April 28, 2014, with each party to bear its own costs, expenses and attorneys' fees.

| | |
|---|---|
| */s/ Andrew W. Spangler* | */s/ Michael C. Smith* |
| Andrew W. Spangler TX SB #24041960 | Michael C. Smith |
| spangler@spanglerlawpc.com | michaelsmith@siebman.com |
| Spangler Law P.C. | Siebman, Burg, Phillips & Smith LLP |
| 208 N. Green Street, Suite 300 | 113 E. Austin Street |
| Longview, TX 75601 | P.O. Box 1556 |
| Telephone:  (903) 753-9300 | Marshall, TX 75671-1556 |
| Facsimile:  (903) 553-0403 | Telephone:  (903) 938-8900 |
| | Facsimile:  (972) 767-4620 |
| Stamatios Stamoulis DE SB #4606 | |
| stamoulis@swdelaw.com | *Attorneys for Defendant* |
| Richard C. Weinblatt DE SB #5080 | |
| weinblatt@swdelaw.com | |
| Stamoulis & Weinblatt LLC | |
| Two Fox Point Centre | |
| 6 Denny Road, Suite 307 | |
| Wilmington, DE 19809 | |
| Telephone:  (302) 999-1540 | |
| Facsimile:  (302) 762-1688 | |

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2014, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/ Andrew W. Spangler*
Andrew W. Spangler
